IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                PLAINTIFF
#25064-009
v.                      No. 4:19-cv-11-DPM

AUSTIN, Officer; and DOES, Justice
System, Probation Office Manager,
Police Station Officers, Pulaski County
Jail Officers                                                DEFENDANTS

ORDER

Randle hasn't paid the filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because he is a three-striker. Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Randle v. Peters, et al.*, 4:14-cv-280-BRW; *Randle v. Arkansas, et al.*, 4:17-cv-291-BSM; and *Randle v. Doe*, 4:18-cv-529-BRW. Further, nothing in Randle's complaint suggests he's currently in imminent danger of serious physical injury. № 1; 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Randle wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 15 February 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2019