IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                              PLAINTIFF
#25064-009
v.                    No. 4:19-cv-11-DPM

AUSTIN, Officer; and DOES, Justice
System, Probation Office Manager,
Police Station Officers, Pulaski County
Jail Officers                                              DEFENDANTS

## JUDGMENT

Randle's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2019